1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KIMBERLY R. OLSON,

11            Plaintiff,                    No. CIV S 06-2064 MCE CMK P

12      vs.

13   ADAM OREK, et al.,

14            Defendants.

15   _____/          ORDER

16           Plaintiff is proceeding pro se and in forma pauperis in this civil rights action

17   against defendants.  By order dated September 26, 2006, the court found that service was

18   appropriate for all defendants, directed the Clerk of the court to send plaintiff the necessary

19   materials for service of defendants and directed the plaintiff to, within fifteen days, submit the

20   necessary materials for service to the United States Marshal Service. (Doc. 3 at 2:18-23.)

21   Plaintiff was directed to notify the court in writing when she had done so.

22           By letter filed December 1, 2006, plaintiff states that "pursuant to the Court's

23   order...[she] submitted the USMC forms, copies of the complaint and other papers for service

24   upon the defendants to you on or about 10/02/2006."  It appears that plaintiff misread the court's

25   September 26, 2006 order and, instead of submitting the materials to the United States Marshal's

26   service, submitted the materials to the court.  In light of this error, the court will direct the Clerk

of the Court to return the service documents submitted by the plaintiff to the court on October 3, 2006.  **Plaintiff must, within twenty days from the date of this order, supply the U.S. Marshal all information needed by the Marshal to effect service of process.**  Plaintiff shall submit to the court a notification (not the materials for service) that she has supplied the Marshal's service with such information.

Plaintiff is cautioned that failure to serve the defendants within the time specified in the Federal Rules of Civil Procedure may be grounds for dismissal of this action.  The court also notes that plaintiff's complaint identifies several "Doe" defendants.  The court cannot order service of process on fictitious defendants.  Upon discovering the name of the "Doe" defendants, [or any of them], plaintiff must promptly file a motion for leave to amend, accompanied by a proposed amended complaint identifying the additional defendant or defendants.  Plaintiff is cautioned that undue delay in discovering defendants' names and seeking leave to amend may result in the denial of leave to proceed against these defendants.

Accordingly, IT IS ORDERED that:

1.  The Clerk of the Court is directed to return the documents submitted on October 3, 2006 to the plaintiff.

2.  Plaintiff is directed to, within twenty days from the date this order is filed, supply the U.S. Marshal Service all information needed by the Marshal to effect service of process.

3.  Plaintiff is directed to notify the court in writing when she has supplied the U.S. Marshal Service all the information necessary to effect service of process.

///
///
///
///
///

1        4.  In the event that the U.S. Marshal is unable for any reason whatsoever to

2   effectuate service on any defendant within 90 days from the date of this order, the Marshal is

3   directed to report that fact, and the reason for it, to the court.

4        5.  The Clerk of the Court is directed to serve a copy of this order on the U.S.

5   Marshal, 501 "I" Street, Sacramento, CA, 95814.

6

7   DATED:   December 5, 2006.

8

9   _____

10  **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3