IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,

    Plaintiff,                    No. CIV S 06-2064 MCE CMK P

    vs.

ADAM OREK, et al.,

    Defendants.

_____/    ORDER

        By memorandum filed December 13, 2006, plaintiff advised the court that she had provided the U.S. Marshal a summons and all other information needed by the Marshal to effect service of process on defendants. In her memorandum, plaintiff appears to request copies of a summons for each defendant. Plaintiff is advised that only one summons is necessary. Accordingly, plaintiff's request for additional summons is disregarded.

DATED: January 3, 2007.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE