IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,

       Plaintiff,                     No. CIV S 06-2064 MCE CMK

   vs.

ADAM ORECK, et al.,

       Defendants.

_____/      <u>ORDER</u>

       Motion to Dismiss, scheduled for hearing on June 12, 2007, is submitted without oral argument pursuant to Local Rule 78-230(h). The hearing date of June 12, 2007 is vacated. If the court determines that oral argument is needed, it will be scheduled at a later date.

       IT IS SO ORDERED.

DATED: May 15, 2007.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE