IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,   No. CIV S-06-2064-MCE-CMK

    Plaintiff,

  vs.   ORDER

ADAM ORECK, et al.,

    Defendants.

                              /

        Before the court is Defendants' United States of America and Mark Montgomery's Motion to Dismiss or, in the Alternative, Summary Judgment, scheduled for hearing on August 23, 2007, at 10:00 a.m., before the undersigned in Redding, California. This motion will be submitted without oral argument pursuant to Eastern District of California Local Rule 78-230(h). The hearing date of August 23, 2007, will be vacated. If the court determines that oral argument is needed, it will be scheduled at a later date.

        The current motion was filed by Defendants' United States of America and Mark Montgomery on July 19, 2007. Plaintiff's opposition is due within 30 days of the date of this order. Both the current motion, and the Motion to Dismiss by the remaining defendants, filed March 23, 2007, will be addressed by the court through Findings and Recommendations.

1    Accordingly, IT IS ORDERED that:

2    1.  The hearing on August 23, 2007, at 10:00 a.m., is vacated; and

3    2.  Plaintiff's opposition to the Motion to Dismiss or, in the Alternative, Summary

4 Judgment, is due within 30 days of the date of this order.

6 DATED: July 25, 2007.

*(signature)*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE