IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R OLSON,<br><br>  Plaintiff,<br><br> v.<br><br>ADAM ORECK, et al.,<br><br>  Defendants.<br>            / | No. 2:06-cv-02064-MCE-CMK<br><br><br><br>RELATED CASE ORDER |
| PETER T. HARRELL,<br><br>  Plaintiff,<br><br> v.<br><br>ADAM ORECK, et al.,<br><br>  Defendants.<br>            / | No. 2:07-cv-00847-GEB-CMK |

  Examination of the above-entitled actions reveals that these cases are related within the meaning of Eastern District of California Local Rule 83-123(a). Specifically, both actions involve substantially the same defendants, both actions involve the same event, and both actions involve the same questions of fact and/or law.

1  The court finds that assignment of the matters to the same district judge and magistrate judge is
2  likely to effect a substantial savings of judicial effort and is also likely to be convenient for the
3  parties.

4        The parties should be aware that relating the cases merely has the result that the actions
5  are assigned to the same judges. No consolidation of the actions is effected. Under the regular
6  practice of this court, related cases are generally assigned to the district judge and magistrate
7  judge to whom the first filed action was assigned.

8        Accordingly, IT IS HEREBY ORDERED that:

9        1.    The action denominated as Case No. 2:07-cv-00847-GEB-CMK is reassigned to
10 United States District Judge Morrison C. England, Jr., and United States Magistrate Judge Craig
11 M. Kellison for all further proceedings;

12       2.    Henceforth, the caption on documents filed in the reassigned case shall be shown
13 as 2:07-cv-00847-MCE-CMK; and

14       3.    The Clerk of the Court is directed to make appropriate adjustment in the
15 assignment of civil cases to compensate for this reassignment.

16 Dated: August 30, 2007

18     MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE