IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,                           No. CIV S-06-2064-MCE-CMK

    Plaintiff,

  vs.                                                         ORDER

ADAM ORECK, et al.,

    Defendants.

_____/

       On July 19, 2007, the Chief of the Civil Division of the United States Attorney's Office for the Eastern District of California certified that federal employee Mark Montgomery, who is named as a defendant to this action, was acting within the scope of his employment with respect to the allegations made by plaintiff. Accordingly, pursuant to 28 U.S.C. § 2679(d)(1), the United States of America is substituted for Montgomery as a defendant to this action. The Clerk of the Court is directed to terminate Montgomery as a defendants to this action.

       IT IS SO ORDERED.


DATED: November 1, 2007

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE