IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. CIV S-06-2064-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ADAM ORECK, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding pro se, brings this civil rights action under 42 U.S.C. §§ 1983 and 1985.  Pending before the court is plaintiff's request for a copy of this court's order filed August 19, 2008.

Plaintiff indicates that she did not receive a copy of the court's order denying her motion to quash as moot and granting her request to modify the scheduling order.  She also noticed that an order (Doc. 49) was returned to the court as served on an incorrect address.  The court acknowledges that the April 7, 2008, order was served on plaintiff at an address in Brookings, Oregon.  However, once that error was realized, plaintiff was reserved a copy of the April 7, 2008, order at her address in Yreka, California, on April 9, 2008.  Her address was also corrected on the docket for all further orders to be served to her Yreka, California address.

1           To the extent plaintiff did not receive a copy of the court's August 19, 2008 order
2 (Doc. 56), the Clerk of the Court is directed to re-serve a copy of that order on plaintiff at her
3 Yreka, California address.
4           IT IS SO ORDERED.

 DATED: September 12, 2008

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE