IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. CIV S-06-2064-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ADAM ORECK, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, brings this civil rights action under 42 U.S.C. §§ 1983 and 1985. Pending before the court is a stipulation of dismissal (Doc. 69). Because the parties have stipulated to the dismissal of this case, leave of court is not required and the action is dismissed on the notice of dismissal. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate any pending motions and close this file.

IT IS SO ORDERED.

DATED: March 25, 2009

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1